UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ZAHOV 1502 EAST LOUISIANA
AVENUE, LLC,

     Plaintiff,

v.                                       Case No: 8:21-cv-1456-VMC-JSS

COLONY INSURANCE
COMPANY,

     Defendant.

_____/

## ORDER

THIS MATTER is before the Court on Defendant's Motion to Compel ("Motion") (Dkt. 20) and Plaintiff's Notice of Compliance (Dkt. 22). As Plaintiff has responded to the discovery requests at issue, Defendant's Motion is denied without prejudice. Defendant may renew the Motion, including the request for attorney's fees, if warranted. Accordingly, it is **ORDERED** that Defendant's Motion to Compel is **DENIED** without prejudice.

**DONE** and **ORDERED** in Tampa, Florida, on September 22, 2021.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record